JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA PARRY<br><br>Plaintiff,<br><br>Vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendant. | Case No.: 2:18-cv-6429-RGK (AGRx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [22]**<br><br><br>Judge: Hon. R. Gary Klausner<br>Magistrate: Alicia G. Rosenberg |

**ORDER**

Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED** that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice; and

2. Each party is to bear its/her own fees and costs;

**IT IS SO ORDERED.**

Dated: September 5, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE